# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-380-824**

Effective Date of Registration
JUN 20 2006

Application Received
JUN 20 2006

Deposit Received
On JUN 20 2006 Two

Fee Received

Examined By: SJM
Correspondence: ☐

---

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

**1. Title of This Work:** Akzidenz-Grotesk Pro Bold Condensed

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:**
Berthold L.L.C.
47 W. Polk St. #100-310
Chicago, IL 60605 U.S.A.

Nationality or domicile:
Phone, fax, and email:
Phone ( 312 ) 493-2517    Fax ( 866 ) 743-0501
Email ip@bertholdtypes.com

**3. Year of Creation:** 2006

**4. If work has been published, Date and Nation of Publication:**
a. Date: Month May  Day 1  Year 2006  (Month, day, and year all required)
b. Nation U.S.A.

**5. Type of Authorship in This Work:**
Check all that this author created.
☒ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☐ Illustrations
☐ Photographs
☐ Compilation of terms or data

**6. Signature:**
Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☐ Author  ☒ Authorized agent
x *Melissa M. Hunt, VP + Gen Counsel*

**7. Name and Address of Person to Contact for Rights and Permissions:**
Phone, fax, and email:
☒ Check here if same as #2 above.
Phone ( )    Fax ( )
Email

**8. Certificate will be mailed in window envelope to this address:**
Name: Berthold L.L.C.
Number/Street/Apt: 47 W. Polk St. #100-310
City/State/ZIP: Chicago, IL 60605

**9. Deposit Account #** DA92905
Name Berthold L.L.C.

Page 1 of ___ pages

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: August 2003   ⊕ Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,027

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-380-012

Effective Date of Registration

JUN 20 2006

Application Received JUN 20 2006

Examined By: *SM*

Deposit Received One JUN 20 2006 Two

Correspondence ☐

Fee Received

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1. Title of This Work:** Akzidenz-Grotesk Pro Light Condensed

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:**
Berthold L.L.C.
47 W. Polk St. #100-310
Chicago, IL 60605 U.S.A.

Nationality or domicile:
Phone, fax, and email:
Phone ( 312 ) 493-2517   Fax ( 866 ) 743-0501
Email ip@bertholdtypes.com

**3. Year of Creation:** 2006

**4. If work has been published, Date and Nation of Publication:**
a. Date May 1 2006 (Month, day, and year all required)
b. Nation U.S.A.

**5. Type of Authorship in This Work:**
Check all that this author created.
☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.)
☐ Illustrations
☐ Photographs
☐ Compilation of terms or data

**6. Signature:**
Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☐ Author  ☑ Authorized agent
x *Melissa M. Hunt, VP + Gen. Counsel*

**7. Name and Address of Person to Contact for Rights and Permissions:**
☑ Check here if same as #2 above.
Phone ( )   Fax ( )
Email

**8. Certificate will be mailed in window envelope to this address:**
Name ▼ Berthold L.L.C.
Number/Street/Apt ▼ 47 W. Polk St. #100-310
City/State/ZIP ▼ Chicago, IL 60605

**9.** Deposit Account # DA92905
Name Berthold L.L.C.

DO NOT WRITE HERE   Page 1 of ___ pages

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: August 2003   ♻ Printed on recycled paper   U.S. Government Printing Office: 2003-496-605/60,027