## **CERTIFICATE OF SERVICE**

    I, Peter S. Lubin, the undersigned attorney, hereby certify that on May 1, 2018, I served a true and correct copy of the foregoing SECOND AMENDED COMPLAINT upon all counsel of record via the Courts CM/ECF system.

                                                          /s/ Peter S. Lubin