**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BERTHOLD L.L.C. and<br>BERTHOLD DIRECT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Civil Action No.: 1:17-cv-07180<br><br>Honorable Robert M. Dow, Jr. |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this case stipulate that they have agreed to dismissal of all claims in this action WITH PREJUDICE with each party bearing its own fees and costs as agreed to by settlement. The Parties submit herewith the Proposed Dismissal Order attached hereto as <u>Exhibit A</u>.

IT IS SO STIPULATED this 2nd day of October 2018.

Berthold L.L.C. and Berthold Direct Corp.

By:  /s/ Peter S. Lubin
     Peter S. Lubin

Peter S. Lubin
DiTommaso Lubin Austermuehle, P.C.
17W220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181

Target Corporation

By:  /s/ Peter M. Routhier
     Peter M. Routhier

Peter M. Routhier
Faegre Baker Daniels, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  66402-3901

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BERTHOLD L.L.C. and<br>BERTHOLD DIRECT CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Civil Action No.: 1:17-cv-07180<br><br>Honorable Robert M. Dow, Jr. |

## [PROPOSED] ORDER

Pursuant to settlement and stipulation of the parties, all claims in this action are dismissed WITH PREJUDICE with each party bearing its own fees and costs.

DONE and ORDERED this _____ day of October, 2018.

_____

ROBERT M. DOW, JR.
UNITED STATES DISTRICT JUDGE